UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN HENRY DAVIS,                          )     Case No. C05-1741-RSM-JPD
                                           )
        Petitioner,                        )
                                           )
    v.                                     )
                                           )     MINUTE ORDER
DOUG WADDINGTON,                           )
                                           )
        Respondent.                        )
_____  )

        The following minute order is made at the direction of the Court, the Honorable James

P. Donohue, United States Magistrate Judge:

        On February 3, 2006, petitioner filed a Motion to Appoint Counsel.  Dkt. No. 16.  This

motion shall be noted for February 24, 2005, which is the date the petition is noted for

consideration.  The Court will consider the motion and the petition together at such time.  *See*

Local Rule CR 7.

        DATED this 10th day of February, 2006.

                                    Bruce Rifkin
                                    Clerk of the Court


                                    /s/ Peter H. Voelker
                                    Peter H. Voelker
                                    Deputy Clerk

PAGE -1