UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN HENRY DAVIS, <br><br> Petitioner, <br><br> v. <br><br> DOUG WADDINGTON, <br><br> Respondent. | Case No. C05-1741-TDM-JPD <br><br> ORDER DISMISSING § 2254 PETITION WITHOUT PREJUDICE |

The Court, having reviewed petitioner's writ of habeas corpus petition pursuant to 28 U.S.C. § 2254, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's § 2254 petition (Dkt. Nos. 1 and 6) is DENIED, and this action is DISMISSED without prejudice.

(3) Petitioner's motion (Dkt. Nos. 16 and 18) for appointment of counsel is DENIED as moot.

(4) The Clerk is directed to send a copy of this Order to petitioner and to Magistrate Judge James P. Donohue.

DATED this 16th day of June, 2006.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE